IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN T. FUKUNAGA                                                           PETITIONER
ADC # 154316

v.                                            5:17CV00108-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is dismissed.

2. A certificate of appealability will not be issued.

Dated this 6th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE