# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALVIN T. FUKUNAGA　　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC # 154316

v.　　　　　　　　　　　　　　　5:17CV00108-JM

WENDY KELLEY, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　　　RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 6th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE